UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR123-0030 |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to |
| ALLAN ROBERT COTTRELL, JR. | ) | Distribute a Controlled |
| | ) | Substance (Methamphetamine) |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, it is hereby ORDERED:

That the Indictment issued in this case, the Government's motion, this order and all process issued thereunder, be SEALED until such time as the Defendant is in custody, or until further order of the Court, at which time this Indictment and all related court papers shall be UNSEALED.

So ORDERED, this __5th__ day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA